U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

June 29, 2006

The Honorable John Gleeson
Judge of the U.S. District Court
   for the Eastern District of New York
118S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** COHEN, Itzhak
Reg. No. 62692-004
Docket No. CR-02-99(S-1)02(JG)

Dear Judge Gleeson:

Thank you for your recommendation that Itzhak Cohen serve his term of confinement at the Federal Correctional Institution in Otisville, New York. Mr. Cohen was recently sentenced in your court to a 210-month term for Conspiracy to Distribute and Possession with Intent to Distribute MDMA.

During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. Cohen, your recommendation cannot be followed. Mr. Cohen has been classified as a low security level offender. The facility in Otisville houses medium security level offenders. Accordingly, Mr. Cohen has been designated to the low security level facility in Fort Dix, New Jersey.

We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

cc: Warden, FCI Fort Dix